Special Cause    Fiduciary Relations    In Confidence
RF5768862021US-11

**civilian cover sheet**

complainant: sealed

FILED
2023 DEC 6 PM 2:49
CLERK
U.S. DISTRICT COURT

RECEIVED
2023 DEC 5 PM 4:07
CLERK
U.S. DISTRICT COURT

defendant: sealed

county: salt lake county

county: salt lake county

*Complainant* is an orthodox American and private citizen of the united states of America, residing within a non-military occupied private estate in one of the several states , beneficiary to the national interest of the District of Columbia charter.

Case: 2:23–cv–00881
Assigned To : Romero, Cecilia M.
Assign. Date : 12/5/2023
Description: Woodland v. Bishop et al

ex parte

united states court of appeals register of chancery
special cause, special session

nature of an original bill in equity for declaratory, special, general, and injunctory relief to enforce express private trusts

direct Judicial Power authorized by Article III and the law of the United States conferred by The Judiciary Act of A.D 1789 § 11, § 16, § 20, first congress session one.

extra & special term.

nature of bill is extraordinary under judicial power, special and private, restricted and confidential Proprietary and privileged, not for publication

class action: no

dollar demand: no

jury demand: no

State of Utah
County of Salt Lake
Subscribed and sworn before me
On this _13_ day of _NOVEMBER_
in the year 2023 by RODNEY WOODLAND
Notary Public;

*James Zmuda* (signature)

JAMES ZMUDA
NOTARY PUBLIC·STATE OF UTAH
COMMISSION# 713636
COMM. EXP. 08-20-2024

By: *(signature)* grantee . grantor

A.R.R without Recourse

*(vertical left margin:)* Private Priority    Trade Secret



RF5786202165-11

*IN THE DISTRICT COURT OF SALT LAKE COUNTY*
*STATE OF UTAH*
*civil session*

RODNEY ANTHONY WOODLAND JR,
Plaintiff,

v.

Bill in Equity No: _____

MS. CYNDIA BISHOP, MR. JAMES BLANCH
AND MR. MICHAEL MCDONALD,
Defendants.


*BILL IN EQUITY FOR SUIT OF EXONERATION*

TO THE HONORABLE CHANCELLOR OF SALT LAKE COUNTY FOR THE STATE OF UTAH:

The complainant, WOODLAND JR, RODNEY files this Bill in Equity for Exoneration of

Implied Surety, stating as follows:

*PARTIES*

1.      complainant, WOODLAND JR, RODNEY, is an individual residing at 5757 Wayne Newton Blvd, #11344 Las Vegas, NV Near [89111] and the person whose rights are at issue in this action.


2.      Defendants, MS. CYNDIA BISHOP, MR JAMES BLANCH AND MR MICHEAL MCDONALD are the persons against whom this action is brought. Individuals at

ATTN: James Blanch
DBA Judge
3rd District Court
450 South State Street Room W33
Salt Lake City UT, 84114

ATTN: Cyndia Bishop
DBA County Deputy Clerk
3rd District Court
450 South State Street Room W33
Salt Lake City UT, 84114

ATTN: Michael Mcdonald
DBA Prosecutor
35 East 500 South
Salt Lake City UT, 84111

P9743069
11-13-23



## FACTUAL BACKGROUND

3.     On or about September 6th, 2023, Defendant was appointed as a fiduciary trustee and received delivery of special deposit notice of subrogation and substitution from complainant with the express purpose of settling all debts and obligations of complainant as an implied surety protecting his good name against bad faith and unjust enrichment.

4.     Despite the agreement and the obligations entrusted to Defendant as a fiduciary trustee, Defendant failed to fulfill his/her duties, thereby resulting in failure to settle the intended debts and obligations.

5.     As a direct result of Defendant's negligence and failure to perform his/her fiduciary duties, Plaintiff has suffered substantial financial loss and injury.

## VIOLATION OF UNALIENABLE RIGHTS

6.     The Plaintiff's right to life, liberty, and the pursuit of happiness, as recognized in the Declaration of Independence and respected under the Constitution, have been violated by the Defendant's actions and/or inactions.

## REQUEST FOR RELIEF

WHEREFORE, the Plaintiff respectfully requests that this Court:

A.   Declare that the Plaintiff has been wrongfully injured by the Defendant's breach of fiduciary duty;

B.   Exonerate the Plaintiff from any implied surety arising out of Defendant's breach of fiduciary duty;

C.   Grant such other and further relief as this Court deems just and proper under the circumstances.

Dated this  13th  day of November, 2023.

Rodney woodland jr
5757 Wayne Newton Blvd, #11344
Las Vegas NV Near  [89111]
385-787-5329
rodneywoodland19@gmail.com
Counsel for Plaintiff



ПУ974369
11-13-23